Steven Hicks
3475 Hensley St.
Reno, Nevada 89503
(775) 747 - 4473

FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 3 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

STEVEN HICKS,                     )     Case No. 3:12-cv-00267
          Plaintiff PRO SE        )
vs                                )
Sedgwick / Wal-Mart               )
(Insurer / Employer)              )
          Defendants              )

MOTION FOR TRANSFER

COMES NOW, Plaintiff, STEVEN HICKS, litigant PRO SE, hereby requests transfer of Case No. 3:12-cv-00267, commonly known as PETITION FOR JUDICIAL REVIEW, to the SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, WASHOE COUNTY.

This Motion is made and based upon the affidavit of Steven Hicks, attached hereto.

Respectfully submitted this 31st day of July, 2012.

_____
STEVEN HICKS

1

## AFFIDAVIT IN SUPPORT OF TRANSFER

STATE OF NEVADA     )
                    ) ss.
COUNTY OF WASHOE    )

I, Steven Hicks, litigant PRO SE, do hereby swear under penalty of perjury the assertions of this affidavit are true.

1. I am representing myself at this time,

2. The PETITION FOR JUDICIAL REVIEW resulted from the omission of facts, serious misrepresentations, and profound lies of a certain document previously concealed from Plaintiff,

3. The PETITION FOR JUDICIAL REVIEW, received 21 May, 2012, has not yet been served or entered upon parties to the complaint,

4. Motion for Informa Pauperis may or may not have been completed at this time, but likely another similar Motion will be necessary in the Second Judicial District Court of Washoe County, upon proposed transfer to that Court,

5. Further affiant sayeth not.

Dated this 31st day of July, 2012.

SUBSCRIBED and SWORN to before me on this 31 day of July 2012

_____
NOTARY PUBLIC

_____
STEVEN HICKS

NOTARY PUBLIC
STATE OF NEVADA
County of Washoe
TERINA N. TOWNS
No: 12-7688-2
My Appointment Expires May 11, 2016

STEVEN HICKS   PRO SE   3475 HENSLEY   RENO NV 89503   (775) 747-4473

1